**COVINGTON**

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Anita F. Stork

Covington & Burling LLP
One Front Street
San Francisco, CA 94111-5356
T +1 415 591 7050
astork@cov.com

**Via ECF**

March 3, 2015

Molly C. Dwyer, Esq.
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119

Re: *Wortman, et al. v. Philippine Airlines, Inc., et al.*, Case No. 15-15364

Dear Ms. Dwyer:

Please take notice that attorney Ryan M. Buschell no longer represents Defendant-Appellant Philippine Airlines, Inc., in the above-referenced appeal. Please remove Mr. Buschell as attorney of record and from the service list in this case.

Philippine Airlines, Inc. continues to be represented by Anita Stork, Christian Pistilli, and Jeffrey Davidson of Covington & Burling LLP.

Respectfully submitted,

Anita F. Stork

cc: All Counsel (via ECF)